UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 17-10398 TPA |
| NORMAN SCOTT FIELD and | : |
| MICHELLE MARIE FIELD, | : THE HONORABLE THOMAS P. AGRESTI |
|    Debtors. | : |
| | : CHAPTER 13 |
| NORMAN SCOTT FIELD and | : |
| MICHELLE MARIE FIELD, | : RELATED TO DOCUMENT NO. 27 AND 28 |
| | : |
|    Movant, | : DATE & TIME OF HEARING: |
| | : |
| v. | : OCTOBER 24, 2017 @ 10:00 A.M. |
| | : |
| NO RESPONDENT. | : OBJECTION/RESPONSE DATE: |
| | : |
| | : August 15, 2017 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 25th day of July, 2017, a copy of the Amended Plan dated July 19, 2017 and Order dated July 25, 2017 upon each of the following persons and parties in interest at the address shown on the attached list.

                              Respectfully submitted,

                              QUINN, BUSECK, LEEMHUIS,
                              TOOHEY & KROTO, INC.


BY:    /s/Michael S. JanJanin
          Michael S. JanJanin, Esquire
          PA Id. No. 38880
          2222 West Grandview Boulevard
          Erie, Pennsylvania 16506-4508
          Telephone: 814-833-2222
          Facsimile: 814-833-6753
          E-Mail Address: mjanjanin@quinnfirm.com
          Counsel for Debtors

#1067834

Case 17-10398-TPA    Doc 31    Filed 07/25/17    Entered 07/25/17 09:47:11    Desc Main Document    Page 2 of 4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-10398-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Mon Jul 24 10:42:32 EDT 2017 | AT&T<br>PO Box 6416<br>Carol Stream, IL 60197-6416 | Ally Bank<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 |
| Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Associated Clinical Lab<br>P.O. Box 64845<br>Baltimore, MD 21264-4845 | Atlantic Credit Finance, Inc.<br>c/of Patenaude & Felix A.P.C.<br>4545 Murphy Canyon Road<br>3rd Floor<br>San Diego, CA 92123-4363 |
| Calvary SPV I, LLC<br>Assignee of CitiBank, N.A.<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595-1340 | Capital Management Services LP<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 | Capital Management Services LP<br>P.O. Box 120<br>Buffalo, NY 14220-0120 |
| Capital One Bank (USA), N.A.<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank (USA), N.A.<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 |
| Carol Field<br>15 Towne Street<br>North East, PA 16428-1313 | Cavalry SPV I<br>as Assignee of CitiBank, N.A.<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595-1340 | Cavalry SPV I LLC<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595-1340 |
| Chase Bank USA NA<br>Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | CitiBank, N.A./Gordons<br>c/of Portfolio Recovery Associates LLC<br>P.O. Box 12914<br>Norfolk, VA 23541-0914 | Citizens Bank<br>1 Citizens Drive<br>Riverside, RI 02915-3000 |
| Citizens Bank N.A.<br>1 Citizens Drive Mailstop ROP15B<br>Riverside, RI 02915-3019 | Cleveland Clinic<br>P.O. Box 89410<br>Cleveland, OH 44101-6410 | Commercial Acceptance Co.<br>2 West Main Street<br>Shermanstown, PA 17011-6326 |
| Convergent Outsourcing, Inc.<br>800 SW 39th Street<br>P.O. Box 9004<br>Renton, WA 98057-9004 | Craig A. Markham, Esquire<br>Elderkin Law Firm<br>150 East Eighth Street<br>Erie, PA 16501-1269 | Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 |
| David J. Apothaker, Esquire<br>520 Fellowship Road C306<br>Mount Laurel, NJ 08054-3410 | Dr. Rai<br>2620 Sigsbee Street<br>Erie, PA 16508-1721 | Dr. Steeler<br>1645 West Eighth Street<br>Erie, PA 16505-5007 |
| Erie Federal Credit Union<br>1109 East 38th Street<br>Erie, PA 16504-1898 | Erie Spine and Pain Management<br>2620 Sigsbee Street<br>Erie, PA 16508-1721 | Michele Marie Field<br>2027 E. Gore Road<br>Erie, PA 16510-3893 |

| | | |
|---|---|---|
| Norman Scott Field<br>2027 E. Gore Road<br>Erie, PA 16510-3893 | First Premier Bank<br>3820 N. Louise Avenue<br>Sioux Falls, SD 57107-0145 | Global Credit Collection Corp.<br>P.O. Box 2127<br>Schiller Park, IL 60176-0127 |
| Greg L. Morris, Esquire<br>213 E. Main Street<br>Carnegie, PA 15106-2701 | Greg Morris, Esquire<br>213 East Main Street<br>Carnegie, PA 15106-2701 | I.C. Systems, Inc.<br>P.O. Box 64378<br>St. Paul, MN 55164-0378 |
| Michael S. Jan Janin<br>Quinn Buseck Leemhuis Toohey & Kroto Inc<br>2222 West Grandview Boulevard<br>Erie, PA 16506-4508 | Kathy Painter<br>2153 Claremont Avenue<br>Pittsburgh, PA 15241-3241 | Kohl's<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 |
| Kohl's<br>Payment Center<br>P.O. Box 2983<br>Milwaukee, WI 53201-2983 | John F. Kroto<br>Knox McLaughlin Gornall & Sennett<br>120 West Tenth Street<br>Erie, PA 16501-1410 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Liberty Mortgage Corporation<br>3818 Liberty Street<br>Erie, PA 16509-1473 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 | M&T Bank Lending Services<br>Customer Support<br>P.O. Box 1288<br>Buffalo, NY 14240-1288 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Michael J. Graml, Esquire<br>714 Sassafras Street<br>Erie, PA 16501-1010 |
| Mike Field<br>2027 E. Gore Road<br>Erie, PA 16510-3893 | Mortgage Electronic Registration<br>Systems, Inc.<br>P.O. Box 2026<br>Flint, MI 48501-2026 | Nationwide Credit, Inc.<br>P.O. Box 26314<br>Lehigh Valley, PA 18002-6314 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Penelec<br>331 Newman Springs Road<br>Building 3<br>Red Bank, NJ 07701-5688 |
| PennCredit<br>916 S. 14th Street<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Plaza Dental<br>702 West 34th Street<br>Erie, PA 16508-2692 |
| Qualia Collection Services<br>P.O. Box 4699<br>Petaluma, CA 94955-4699 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | RBS Citizens N.A.<br>1000 Lafayette Blvd.<br>Bridgeport, CT 06604-4725 |

| | | |
|---|---|---|
| Revenue Group<br>4780 Hinckley Industrial Parkway<br>Suite 200<br>Cleveland, OH 44109-6003 | SYNCB/Care Credit<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | Saint Vincent Health Center<br>232 West 25th Street<br>Erie, PA 16544-0001 |
| State Collection Service, Inc.<br>2509 S. Soughton Road<br>Madison, WI 53716-3314 | State Collection Service, Inc.<br>P.O. Box 6250<br>Madison, WI 53716-0250 | Synchrony Bank/CareCredit<br>ATTENTION: Bankruptcy Dept.<br>P.O. Box 965061<br>Orlando, FL 32896-5061 |
| The Elderkin Law Firm<br>150 East Eighth Street<br>Erie, PA 16501-1271 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | UPMC Hamot<br>P.O. Box 382059<br>Pittsburgh, PA 15250-0001 |
| Verizon<br>500 Technology Drive<br>Suite 30<br>Weldon Springs, MO 63304-2225 | Verizon<br>Bankruptcy Administration<br>500 Technology Drive<br>Suite 550<br>Weldon Spring, MO 63304-2225 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| M&T Bank<br>P.O. Box 62182<br>Baltimore, MD 21264-2182 | (d)M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | Toyota Financial Services<br>P.O. Box 15012<br>Chandler, AZ 85244-5012 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ally | (u)M&T BANK | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

End of Label Matrix
Mailable recipients    73
Bypassed recipients     3
Total                  76