**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Norman Scott Field
Michele Marie Field**
    Debtor(s)

Bankruptcy Case No.: 17−10398−TPA
Per October 24, 2017 proceeding
Chapter: 13
Docket No.: 33 − 21, 27, 28
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 19, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☐ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☐ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

- ☑ H.    Additional Terms: The secured claim of the following Creditor shall govern as to claim amount, to be paid at the modified plan terms: Toyota Motor Credit (Claim No. 10).

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: October 25, 2017

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-10398-TPA
Norman Scott Field                                                      Chapter 13
Michele Marie Field
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 3           Date Rcvd: Oct 25, 2017
                              Form ID: 149            Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
```
db/jdb         +Norman Scott Field,    Michele Marie Field,    2027 E. Gore Road,    Erie, PA 16510-3893
14406322        Associated Clinical Lab,    P.O. Box 64845,    Baltimore, MD 21264-4845
14406324       +Atlantic Credit Finance, Inc.,    c/of Patenaude & Felix A.P.C.,    4545 Murphy Canyon Road,
                 3rd Floor,    San Diego, CA 92123-4363
14406329        Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14406328       +Capital One Bank (USA), N.A.,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14406330       +Capital One Bank (USA), N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14676928        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14406347       +Carol Field,    15 Towne Street,    North East, PA 16428-1313
14406333       +Chase Bank USA NA,    Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
14406334       +CitiBank, N.A./Gordons,    c/of Portfolio Recovery Associates LLC,    P.O. Box 12914,
                 Norfolk, VA 23541-0914
14406335       +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
14407875       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
14406338       +Convergent Outsourcing, Inc.,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
14406339       +Craig A. Markham, Esquire,    Elderkin Law Firm,    150 East Eighth Street,    Erie, PA 16501-1269
14406341       +David J. Apothaker, Esquire,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
14406343       +Dr. Rai,    2620 Sigsbee Street,    Erie, PA 16508-1721
14406344       +Dr. Steeler,    1645 West Eighth Street,    Erie, PA 16505-5007
14406346        Erie Spine and Pain Management,    2620 Sigsbee Street,    Erie, PA 16508-1721
14406348        First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
14406349       +Global Credit Collection Corp.,    P.O. Box 2127,    Schiller Park, IL 60176-0127
14406350        Greg L. Morris, Esquire,    213 E. Main Street,    Carnegie, PA 15106-2701
14406352       +I.C. Systems, Inc.,    P.O. Box 64378,    St. Paul, MN 55164-0378
14406353       +Kathy Painter,    2153 Claremont Avenue,    Pittsburgh, PA 15241-3241
14406356       +Liberty Mortgage Corporation,    3818 Liberty Street,    Erie, PA 16509-1473
14406358       +M&T Bank Lending Services,    Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
14406360       +Michael J. Graml, Esquire,    714 Sassafras Street,    Erie, PA 16501-1010
14406361       +Mike Field,    2027 E. Gore Road,    Erie, PA 16510-3893
14406362        Mortgage Electronic Registration,    Systems, Inc.,    P.O. Box 2026,    Flint, MI 48501-2026
14406363        Nationwide Credit, Inc.,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
14406351       ++PATENAUDE AND FELIX APC,    501 CORPORATE DR,    SOUTHPOINTE CENTER SUITE 205,
                 CANONSBURG PA 15317-8584
                (address filed with court:     Greg Morris, Esquire,    213 East Main Street,    Carnegie, PA 15106)
14684782       +Penelec,    c/o FirstEnergy,    101 Crawford's Corner Rd,    Bldg #1, Ste 1-511,
                 Holmdel, NJ 07733-1900
14406364       #+Penelec,    331 Newman Springs Road,    Building 3,    Red Bank, NJ 07701-6771
14406365        PennCredit,    916 S. 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
14406342       +Plaza Dental,    702 West 34th Street,    Erie, PA 16508-2692
14406366       +Qualia Collection Services,    P.O. Box 4699,    Petaluma, CA 94955-4699
14406367       +RBS Citizens N.A.,    1000 Lafayette Blvd.,    Bridgeport, CT 06604-4725
14406369       +Saint Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
14406372       +State Collection Service, Inc.,    2509 S. Soughton Road,    Madison, WI 53716-3314
14406371        State Collection Service, Inc.,    P.O. Box 6250,    Madison, WI 53716-0250
14406376       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:     Toyota Financial Services,    P.O. Box 15012,
                 Chandler, AZ 85244-5012)
14406375       +The Elderkin Law Firm,    150 East Eighth Street,    Erie, PA 16501-1271
14677322       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14406377       +UPMC Hamot,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
14683816        UPMC Hamot,    PO Box 1123,    Minneapolis, MN 55440-1123
14406379       +Verizon,    500 Technology Drive,    Suite 30,    Weldon Springs, MO 63304-2225
14406378       +Verizon,    Bankruptcy Administration,    500 Technology Drive,    Suite 550,
                 Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14406323       +E-mail/Text: g20956@att.com Oct 26 2017 00:57:00      AT&T,    PO Box 6416,
                 Carol Stream, IL 60197-6416
14406321       +E-mail/Text: ally@ebn.phinsolutions.com Oct 26 2017 00:55:59      Ally Bank,    P.O. Box 380901,
                 Bloomington, MN 55438-0901
14409312        E-mail/Text: ally@ebn.phinsolutions.com Oct 26 2017 00:55:59      Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
14406325        E-mail/Text: bankruptcy@cavps.com Oct 26 2017 00:56:51      Calvary SPV I, LLC,
                 Assignee of CitiBank, N.A.,    500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-1340
14406327        E-mail/Text: cms-bk@cms-collect.com Oct 26 2017 00:56:08      Capital Management Services LP,
                 P.O. Box 120,    Buffalo, NY 14220-0120
14406326        E-mail/Text: cms-bk@cms-collect.com Oct 26 2017 00:56:08      Capital Management Services LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
14406331        E-mail/Text: bankruptcy@cavps.com Oct 26 2017 00:56:51      Cavalry SPV I,
                 as Assignee of CitiBank, N.A.,    500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-1340
14406332       +E-mail/Text: bankruptcy@cavps.com Oct 26 2017 00:56:51      Cavalry SPV I LLC,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-1340
```

```
District/off: 0315-1          User: jmar                    Page 2 of 3                   Date Rcvd: Oct 25, 2017
                              Form ID: 149                  Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14406336       E-mail/Text: bnc-capio@quantum3group.com Oct 26 2017 00:56:31     Cleveland Clinic,
                 P.O. Box 89410,    Cleveland, OH 44101-6410
14406340       E-mail/PDF: creditonebknotifications@resurgent.com Oct 26 2017 00:57:40      Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
14406345       E-mail/Text: kthomas@eriefcu.org Oct 26 2017 00:56:10     Erie Federal Credit Union,
                 1109 East 38th Street,    Erie, PA 16504-1898
14406354       E-mail/Text: bnckohlsnotices@becket-lee.com Oct 26 2017 00:56:03     Kohl's,   Payment Center,
                 P.O. Box 2983,    Milwaukee, WI 53201-2983
14406355      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 26 2017 00:56:03     Kohl's,   P.O. Box 3115,
                 Milwaukee, WI 53201-3115
14654809       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2017 00:57:42
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14406357       E-mail/Text: camanagement@mtb.com Oct 26 2017 00:56:09     M&T Bank,   P.O. Box 62182,
                 Baltimore, MD 21264-2182
14521255       E-mail/Text: camanagement@mtb.com Oct 26 2017 00:56:09     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
14649526       E-mail/Text: bkr@cardworks.com Oct 26 2017 00:55:58     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14406359      +E-mail/Text: bkr@cardworks.com Oct 26 2017 00:55:58     Merrick Bank,   P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
14684763       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2017 01:03:14
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14407202      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2017 01:03:08
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14681002      +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 26 2017 00:56:49     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14648200       E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2017 00:56:12
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
14406368       E-mail/Text: bk@revenuegroup.com Oct 26 2017 00:57:04     Revenue Group,
                 4780 Hinckley Industrial Parkway,    Suite 200,   Cleveland, OH 44109
14406373       E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2017 00:57:50     SYNCB/Care Credit,
                 P.O. Box 965036,    Orlando, FL 32896-5036
14406374      +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2017 00:57:42     Synchrony Bank/CareCredit,
                 ATTENTION:    Bankruptcy Dept.,   P.O. Box 965061,   Orlando, FL 32896-5061
14644576      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2017 00:57:42     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ally
cr             M&T BANK
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14406337      ##+Commercial Acceptance Co.,    2 West Main Street,   Shermanstown, PA 17011-6326
                                                                                              TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: jmar              Page 3 of 3            Date Rcvd: Oct 25, 2017
                              Form ID: 149            Total Noticed: 72
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          John F. Kroto    on behalf of Creditor   Ally jkroto@kmgslaw.com,  knoxbank@hotmail.com,
           mwernicki@kmgslaw.com,burban@kmgslaw.com
          Michael S. Jan Janin    on behalf of Joint Debtor Michele Marie Field mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           myers@quinnfirm.com
          Michael S. Jan Janin    on behalf of Debtor Norman Scott Field mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           myers@quinnfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```