IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 17-10398-TPA |
| | ) |
| NORMAN SCOTT FIELD and MICHELE MARIE FIELD, | ) Chapter 13 |
| | ) |
| Debtors | ) |
| | ) Docket No. |
| ALLY BANK serviced by ALLY SERVICING LLC, | ) Related to Docket No. 40 |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| NORMAN SCOTT FIELD, MICHELE MARIE FIELD and RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | ) |
| | ) |
| Respondents | ) |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF ALLY BANK FOR RELIEF FROM AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **JANUARY 22, 2018** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **FEBRUARY 7, 2018 at 10:30 A.M.** before Judge Thomas P. Agresti, Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of service:  January 3, 2018        */s/ Mark G. Claypool*
                                         Mark G. Claypool
                                         PA I.D. No. 63199
                                         120 West Tenth Street, Erie, PA  16501
                                         (814) 459-2800
                                         Attorney for Movant/Applicant

# 1875788.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 17-10398-TPA |
| | ) |
| NORMAN SCOTT FIELD and MICHELE MARIE FIELD, | ) Chapter 13 |
| | ) |
| Debtors | ) |
| | ) Docket No. |
| ALLY BANK serviced by ALLY SERVICING LLC, | ) Related to Docket No. 40 |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| NORMAN SCOTT FIELD, MICHELE MARIE FIELD and RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | ) |
| | ) |
| Respondents | ) |

**CERTIFICATE OF SERVICE OF MOTION OF ALLY BANK
FOR RELIEF FROM AUTOMATIC STAY**

TO PARTIES IN INTEREST:

    I, Mark G. Claypool, certify under penalty of perjury that I served the above-captioned Notice of Hearing on Ally Bank's Motion for Relief from Automatic Stay, on the parties at the addresses on the attached service list, on January 3, 2018 by first class, United States mail, postage pre-paid.

The total number of parties served was __5__.

EXECUTED ON: January 3, 2018

                                                By:   /s/ *Mark G. Claypool*
                                                             Mark G. Claypool, Esquire
                                                              PA I.D. No. 63199
                                                              Knox McLaughlin Gornall & Sennett, P.C.
                                                              120 West Tenth Street
                                                              Erie, Pennsylvania  16501
                                                              (814) 459-2800

# 1875788.v1

## SERVICE MATRIX

**Via US Mail**

Norman Scott Field
2027 E. Gore Road
Erie, PA 16510

Michele Marie Field
2027 E. Gore Road
Erie, PA 16510

Michael S. Jan Janin
Quinn Buseck Leemhuis Toohey & Kroto
2222 West Grandview Boulevard
Erie, PA 16506-4508

**Via CM/ECF**

Ronda J. Winnecour, Esquire          cmecf@chapter13trusteewdpa.com

United States Trustee                ustpregion03.pi.ecf@usdoj.gov

# 1875788.v1