IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 17-10398-TPA |
| | ) |
| NORMAN SCOTT FIELD and MICHELE MARIE FIELD, | ) Chapter 13 |
| | ) |
| Debtors | ) |
| | ) Docket No. |
| ALLY BANK serviced by ALLY SERVICING LLC, | ) Related to Docket No. 44 |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| NORMAN SCOTT FIELD, MICHELE MARIE FIELD and RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | ) |
| | ) |
| Respondents | ) |

### CERTIFICATE OF SERVICE ON ORDER GRANTING RELIEF FROM AUTOMATIC STAY

TO PARTIES IN INTEREST:

I, Mark G. Claypool, certify under penalty of perjury that I served the above-captioned Order of Court Granting Relief from Automatic Stay, on the parties at the addresses on the attached matrix, on January 25, 2018 by first class, United States mail, postage pre-paid.

The total number of parties served was  5 .

EXECUTED ON:  January 25, 2018

By:    /s/ Mark G. Claypool
Mark G. Claypool, Esquire
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA  16501
814-459-2800
mclaypool@kmgslaw.com

## **SERVICE MATRIX**

**Via US Mail**

Norman Scott Field
2027 E. Gore Road
Erie, PA 16510

Michele Marie Field
2027 E. Gore Road
Erie, PA 16510

Michael S. Jan Janin
Quinn Buseck Leemhuis Toohey & Kroto
2222 West Grandview Boulevard
Erie, PA 16506-4508

**Via CM/ECF**

Ronda J. Winnecour, Esquire	cmecf@chapter13trusteewdpa.com

United States Trustee	ustpregion03.pi.ecf@usdoj.gov

# 1881287.v1