FILED
1/24/18 9:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 17-10398-TPA |
| NORMAN SCOTT FIELD and MICHELE MARIE FIELD, | Chapter 13 |
| Debtors | Docket No. 40 |
| ALLY BANK serviced by ALLY SERVICING LLC, | |
| Movant | |
| v. | |
| NORMAN SCOTT FIELD, MICHELE MARIE FIELD and RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | |
| Respondents | |

## ORDER

*AND NOW,* this 24th day of January, 2018, upon consideration of the foregoing Motion for Relief from Automatic Stay (the "Motion") filed by the Movant, Ally Bank, serviced by Ally Servicing LLC ("Ally"), and after notice and hearing as appropriate if any, it appearing that the Debtors Norman Scott Field and Michele Marie Field ("Debtors") are parties to a Retail Installment Sale Contract with Ally (the "Contract"); that as security for the Contract, Ally was granted a security interest in the Debtors' 2016 Dodge Challenger, (the "Vehicle"); that Ally's lien is noted on the Certificate of Title to the Vehicle; that the Contract is in default for failing to make payments when due; that the Vehicle is not necessary for an effective reorganization of the Debtors; that Ally lacks adequate protection of its interest in the Vehicle; that the Debtors' Chapter 13 Plan fails to provide for payment to Ally on its secured claim against the Vehicle and that cause exists for granting the Motion, it is therefore

***ORDERED, ADJUDGED*** and ***DECREED*** that the Motion is ***GRANTED***. Ally is granted relief from the Automatic Stay (11 U.S.C. §362) to exercise its state law rights against the Vehicle, but not limited to, repossession, sale, etc. The Debtors shall promptly turn over and surrender the Vehicle to Ally as Ally reasonably requires.

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

# 1875787.v1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Norman Scott Field  
Michele Marie Field  
    Debtors

Case No. 17-10398-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: llea        Page 1 of 1        Date Rcvd: Jan 25, 2018  
                              Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.  
db/jdb       +Norman Scott Field,   Michele Marie Field,   2027 E. Gore Road,   Erie, PA 16510-3893

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        John F. Kroto    on behalf of Creditor    Ally john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,  
        mwernicki@kmgslaw.com,burban@kmgslaw.com  
        Mark G. Claypool    on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC  
        mclaypool@kmgslaw.com, knoxbank@hotmail.com;chartle@kmgslaw.com;mpol@kmgslaw.com  
        Michael S. Jan Janin    on behalf of Joint Debtor Michele Marie Field mjanjanin@quinnfirm.com,  
        knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com  
        Michael S. Jan Janin    on behalf of Debtor Norman Scott Field mjanjanin@quinnfirm.com,  
        knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                               TOTAL: 7