**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/09/2021

IN RE:

NORMAN SCOTT FIELD
MICHELE MARIE FIELD
2027 E. GORE ROAD
ERIE, PA 16510
XXX-XX-4885        Debtor(s)

XXX-XX-7654

Case No.17-10398 TPA

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/9/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CARE CREDIT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  1102 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  M AND T BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 3,366.84<br>COMMENT: RS/OE*SURR/PL*PD/PRIOR PL*CL=$52778.30*W/68 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  8377 |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br><br>BUFFALO, NY  14240-1288 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM:  0.00<br>COMMENT: PMT/DECL*1153.47/PL*DKT4LMT*BGN 5/17 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  6999 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490**<br><br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:5   INT %: 4.50%<br>Court Claim Number:10<br><br>CLAIM: 24,199.71<br>COMMENT: CL$GOVS@4.5%MDF@TOYOTA FINANCIAL/PL*DK | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  3903 |
| **LIBERTY MORTGAGE CORP**<br>3818 LIBERTY ST<br><br>ERIE, PA  16509 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **M & T MORTGAGE CORP*/M&T BANK**<br>ATTN: PAYMENT PROCESSING DEPT<br>POB 1288*<br><br>BUFFALO, NY  14240-1288 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MORTGAGE ELECTRONIC REGISTRATION SYST**<br>PO BOX 2026<br><br>FLINT, MI  48501-2026 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ASSOCIATED CLINICAL LABS++**<br>POB 64845<br><br>BALTIMORE MD, MD  21264-4845 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ATT**<br>POB 105262<br><br>ATLANTA, AL  30348 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **ATLANTIC CREDIT & FINANCE INC++**<br>POB 13386<br><br>ROANOKE, VA  24033-3386 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6853 |
| **ATLANTIC CREDIT & FINANCE INC++**<br>POB 13386<br><br>ROANOKE, VA  24033-3386 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ATLANTIC CREDIT & FINANCE INC++**<br>POB 13386<br><br>ROANOKE, VA  24033-3386 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ATLANTIC CREDIT & FINANCE INC++**<br>POB 13386<br><br>ROANOKE, VA  24033-3386 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL MANAGEMENT SVCS++**<br>726 EXCHANGE ST TE 700<br><br>BUFFALO, NY  14210 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3065 |
| **CAVALRY SPV I LLC***<br>C/O CAVALRY PORTFOLIO SERVICES LLC(*)<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 2,429.85<br>COMMENT: 6083/SCH*CITIBANK*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0497 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 1,583.41<br>COMMENT: CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8624 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 2,724.99<br>COMMENT: CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5708 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAROL FIELD**<br>15 TOWNE ST<br><br>NORTH EAST, PA  16428 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3918 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1450 |
| **CLEVELAND CLINIC**<br>POB 931517<br>CLEVELAND, OH 44193-1655 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COMMERCIAL ACCEPTANCE++**<br>2 W MAIN ST<br>SHIREMANSTOWN, PA 17011 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OBGYN ASSOC OF ERIE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9733 |
| **CITIZENS BANK NA(\*)**<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 696.69<br>COMMENT: X5553/SCH*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6028 |
| **CONVERGENT OUTSOURCING**<br>POB 9004<br>RENTON, WA 98057 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RBS CITIZENS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1562 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 999.53<br>COMMENT: FNBM/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2244 |
| **DR STEEHLER**<br>1645 W 8TH ST<br>ERIE, PA 16505 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ERIE SPINE & PAIN MGMNT**<br>2620 SIGSBEE ST<br>ERIE, PA 16508-1721 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: I000 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC\*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 596.29<br>COMMENT: 7770/SCH*REF 3367530588 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3079 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 309.13<br>COMMENT: 4521/SCH*REF 3366140905 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5288 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MILLCREEK CMMNTY HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0480 |
| **KATHY PAINTER**<br>2153 CLAREMONT AVE<br>PITTSBURGH, PA 15241 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,099.70<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8741 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MICHAEL J GRAML ESQ**<br>714 SASSAFRAS ST<br>ERIE, PA 16501 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MIKE FIELD~ND COMPLETE ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **NATIONWIDE CREDIT LINE++**<br>PO BOX 26314<br>LEHIGH VALLEY, PA 18002 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CHASE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4069 |
| **NATIONWIDE CREDIT LINE++**<br>PO BOX 26314<br>LEHIGH VALLEY, PA 18002 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CHASE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5125 |
| **PENN CREDIT CORP++**<br>POB 988*<br>HARRISBURG, PA 17108 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: W TEN PODIATRY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3570 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **PLAZA DENTAL**<br>702 WEST 34TH STREET<br>ERIE, PA 16502 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PLAZA DENTAL**<br>702 WEST 34TH STREET<br>ERIE, PA 16502 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE NA**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 510.08<br>COMMENT: 6396/SCH*KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3618 |
| **REVENUE GROUP++**<br>4780 HINCKLEY INDUSTRIAL PRKWY #200<br>CLEVELAND, OH 44109 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2042 |
| **ST VINCENT HEALTH CENTER**<br>232 W 25TH ST<br>ERIE, PA 16544 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0156 |
| **ST VINCENT HEALTH CENTER**<br>232 W 25TH ST<br>ERIE, PA 16544 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC HAMOT**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 375.00<br>COMMENT: 9767, 5019/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7654 |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: COMB@CID 47*NT ADR~UPMC HAMOT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5019 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 6 | CLAIM: 862.32<br>COMMENT: CARE CREDIT/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1102 |
| **ELDERKIN LAW FIRM**<br>456 W SIXTH ST<br>ERIE, PA 16507 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CAVALRY SPV I LLC*** <br> C/O CAVALRY PORTFOLIO SERVICES LLC(*) <br> PO BOX 27288 <br> TEMPE, AZ 85282 | Trustee Claim Number: 51  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **CAPITAL MANAGEMENT SVCS++** <br> 726 EXCHANGE ST TE 700 <br> BUFFALO, NY 14210 | Trustee Claim Number: 52  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **CAPITAL ONE**** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC 28269 | Trustee Claim Number: 53  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA** <br> PO BOX 15298 <br> WILMINGTON, DE 19850 | Trustee Claim Number: 54  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **CITIZENS BANK(*)** <br> 1 CITIZENS DRIVE <br> RIVERSIDE, RI 02915 | Trustee Claim Number: 55  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **ELDERKIN MARTIN KELLY & MESSINA++** <br> 150 E 8TH ST <br> ERIE, PA 16501 | Trustee Claim Number: 56  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **APOTHAKER & ASSOC** <br> 520 FELLOWSHIP RD C 306 <br> MOUNT LAUREL, NJ 08054 | Trustee Claim Number: 57  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **DR RAI** <br> 2620 SIGSBEE ST <br> ERIE, PA 16508 | Trustee Claim Number: 58  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **GLOBAL CREDIT & COLLECTION CORP** <br> POB 101928 <br> DEPT 2417 <br> BIRMINGHAM, AL 35210 | Trustee Claim Number: 59  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **GREGG L MORRIS ESQ++** <br> 213 E MAIN ST <br> CARNEGIE, PA 15106 | Trustee Claim Number: 60  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |

| Creditor | Claim Info | Description |
|---|---|---|
| **KOHLS++**<br>POB 2983<br><br>MILWAUKEE, WI 53201-2983 | Trustee Claim Number:61 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **RBS CITIZENS NA(*)**<br>1 CITIZENS DRIVE<br>MAILSTOP ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number:62 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number:63 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br>HALIFAX, PA 17032 | Trustee Claim Number:64 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HAMOT/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ERIE FEDERAL CREDIT UNION(*)**<br>3503 PEACH ST<br><br>ERIE, PA 16508 | Trustee Claim Number:65 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 500.00<br>COMMENT: NT/SCH*NOT DEBTOR/K*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5072 |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number:66 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 162.30<br>COMMENT: $CL-PL*THR 4/17 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6999 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:67 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 118.38<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1467 |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:68 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=$910*ARREARS*W/3 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8377 |
| **PENELEC**<br>PO BOX 16001<br>ATTN REVENUE ASSURANCE<br>READING, PA 19612-6001 | Trustee Claim Number:69 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 367.95<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6656 |