**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  NORMAN SCOTT FIELD<br>  MICHELE MARIE FIELD<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>     Movant<br>       vs.<br>  NORMAN SCOTT FIELD<br>  MICHELE MARIE FIELD<br><br>     Respondents | Case No.17-10398TPA<br><br>Chapter 13<br><br>Related Document No.52 |

FILED
4/8/22 10:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __8th__ day of __April__, 20 __22__ it is hereby ORDERED, ADJUDGED, and DECREED that

Industrial Sales & Mfg
Attn : Payroll Manager
2609 W 12Th St
Erie, PA 16505

is hereby ordered to immediately terminate the attachment of the wages of NORMAN SCOTT FIELD, social security number XXX-XX-4885. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of NORMAN SCOTT FIELD.

FURTHER ORDERED:

BY THE COURT:

_____ dak
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Norman Scott Field  
Michele Marie Field  
    Debtors

Case No. 17-10398-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Apr 08, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman Scott Field, Michele Marie Field, 2027 E. Gore Road, Erie, PA 16510-3893 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
    on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com

John F. Kroto  
    on behalf of Creditor Ally john_kroto@pawb.uscourts.gov  
    knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com

Mark G. Claypool  
    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com  
    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael S. Jan Janin  
    on behalf of Joint Debtor Michele Marie Field mjanjanin@quinnfirm.com  
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Michael S. Jan Janin  
    on behalf of Debtor Norman Scott Field mjanjanin@quinnfirm.com

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Apr 08, 2022 | Form ID: pdf900 | Total Noticed: 1

mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7