Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Norman Scott Field** | : | Case No. 17−10398−TPA |
| **Michele Marie Field** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 58 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 9/14/22 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this *The 28th of June, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 58 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1)  *On or before August 12, 2022*, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2)  This *Motion* is scheduled for hearing on ***September 14, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

   (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

   (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Norman Scott Field  
Michele Marie Field  
    Debtors  

Case No. 17-10398-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4  
Date Rcvd: Jun 28, 2022     Form ID: 300a     Total Noticed: 71

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman Scott Field, Michele Marie Field, 2027 E. Gore Road, Erie, PA 16510-3893 |
| 14406322 | | Associated Clinical Lab, P.O. Box 64845, Baltimore, MD 21264-4845 |
| 14406324 | + | Atlantic Credit Finance, Inc., c/of Patenaude & Felix A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 14406347 | + | Carol Field, 15 Towne Street, North East, PA 16428-1313 |
| 14406334 | + | CitiBank, N.A./Gordons, c/of Portfolio Recovery Associates LLC, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14406337 | + | Commercial Acceptance Co., 2 West Main Street, Shermanstown, PA 17011-6326 |
| 14406339 | + | Craig A. Markham, Esquire, Elderkin Law Firm, 150 East Eighth Street, Erie, PA 16501-1269 |
| 14406341 | + | David J. Apothaker, Esquire, 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 14406343 | + | Dr. Rai, 2620 Sigsbee Street, Erie, PA 16508-1721 |
| 14406344 | + | Dr. Steeler, 1645 West Eighth Street, Erie, PA 16505-5007 |
| 14406346 | | Erie Spine and Pain Management, 2620 Sigsbee Street, Erie, PA 16508-1721 |
| 14406350 | | Greg L. Morris, Esquire, 213 E. Main Street, Carnegie, PA 15106-2701 |
| 14406353 | + | Kathy Painter, 2153 Claremont Avenue, Pittsburgh, PA 15241-3241 |
| 14406356 | + | Liberty Mortgage Corporation, 3818 Liberty Street, Erie, PA 16509-1473 |
| 14406358 | | M&T Bank Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14406360 | + | Michael J. Graml, Esquire, 714 Sassafras Street, Erie, PA 16501-1010 |
| 14406361 | + | Mike Field, 2027 E. Gore Road, Erie, PA 16510-3893 |
| 14406362 | | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 14406351 | ++ | PATENAUDE AND FELIX APC, 501 CORPORATE DR, SOUTHPOINTE CENTER SUITE 205, CANONSBURG PA 15317-8584 address filed with court:, Greg Morris, Esquire, 213 East Main Street, Carnegie, PA 15106 |
| 14406364 | + | Penelec, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 14684782 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd, Bldg #1, Ste 1-511, Holmdel, NJ 07733-1976 |
| 14406365 | | PennCredit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14406342 | + | Plaza Dental, 702 West 34th Street, Erie, PA 16508-2692 |
| 14406369 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14406376 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 15012, Chandler, AZ 85244-5012 |
| 14406377 | + | UPMC Hamot, P.O. Box 382059, Pittsburgh, PA 15250-0001 |
| 14683816 | | UPMC Hamot, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:08:00 | Ally Bank serviced by Ally Servicing LLC, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14406323 | + | Email/Text: g20956@att.com | Jun 29 2022 00:09:00 | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14406321 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:08:00 | Ally Bank, P.O. Box 380901, Bloomington, MN 55438-0901 |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 14409312 | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:08:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14406335 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2022 00:08:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915-3019 |
| 14407875 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2022 00:08:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14406367 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2022 00:08:00 | RBS Citizens N.A., 1000 Lafayette Blvd., Bridgeport, CT 06604 |
| 14406325 | + Email/Text: bankruptcy@cavps.com | Jun 29 2022 00:09:00 | Calvary SPV I, LLC, Assignee of CitiBank, N.A., 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14406326 | Email/Text: cms-bk@cms-collect.com | Jun 29 2022 00:09:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14406327 | Email/Text: cms-bk@cms-collect.com | Jun 29 2022 00:09:00 | Capital Management Services LP, P.O. Box 120, Buffalo, NY 14220-0120 |
| 14406329 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:07:45 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14406330 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:08:14 | Capital One Bank (USA), N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14406328 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:07:59 | Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14676928 | Email/PDF: bncnotices@becket-lee.com | Jun 29 2022 00:07:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14406331 | + Email/Text: bankruptcy@cavps.com | Jun 29 2022 00:09:00 | Cavalry SPV I, as Assignee of CitiBank, N.A., 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14406332 | + Email/Text: bankruptcy@cavps.com | Jun 29 2022 00:09:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14406336 | Email/Text: bnc-capio@quantum3group.com | Jun 29 2022 00:09:00 | Cleveland Clinic, P.O. Box 89410, Cleveland, OH 44101-6410 |
| 14406338 | + Email/Text: convergent@ebn.phinsolutions.com | Jun 29 2022 00:09:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 14406340 | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2022 00:07:48 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14406345 | Email/Text: kthomas@eriefcu.org | Jun 29 2022 00:09:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1898 |
| 14406348 | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 29 2022 00:08:03 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14406352 | + Email/Text: Bankruptcy@ICSystem.com | Jun 29 2022 00:09:00 | I.C. Systems, Inc., P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14406333 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 00:07:42 | Chase Bank USA NA, Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 14406354 | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:08:00 | Kohl's, Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14406355 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:08:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14654809 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 00:08:18 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14406357 | Email/Text: camanagement@mtb.com | Jun 29 2022 00:09:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14521255 | | Email/Text: camanagement@mtb.com | Jun 29 2022 00:09:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14649526 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 29 2022 00:07:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14406359 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 29 2022 00:07:57 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14684763 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:08:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14407202 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2022 00:07:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681002 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 29 2022 00:09:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14406366 | | Email/Text: clientrelations@optiosolutions.com | Jun 29 2022 00:08:00 | Qualia Collection Services, P.O. Box 4699, Petaluma, CA 94955 |
| 14648200 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14406368 | | Email/Text: bk@revenuegroup.com | Jun 29 2022 00:09:00 | Revenue Group, 4780 Hinckley Industrial Parkway, Suite 200, Cleveland, OH 44109 |
| 14406372 | | Email/Text: amieg@stcol.com | Jun 29 2022 00:08:00 | State Collection Service, Inc., 2509 S. Soughton Road, Madison, WI 53716 |
| 14406371 | | Email/Text: amieg@stcol.com | Jun 29 2022 00:08:00 | State Collection Service, Inc., P.O. Box 6250, Madison, WI 53716-0250 |
| 14406373 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:07:47 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14406374 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:07:42 | Synchrony Bank/CareCredit, ATTENTION: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 14677322 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 29 2022 00:08:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14644576 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 00:07:50 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14406379 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 29 2022 00:08:00 | Verizon, 500 Technology Drive, Suite 30, Weldon Springs, MO 63304-2225 |
| 14406378 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 29 2022 00:08:00 | Verizon, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally |
| cr | | M&T BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14406349 | ##+ | Global Credit Collection Corp., P.O. Box 2127, Schiller Park, IL 60176-0127 |
| 14406363 | ## | Nationwide Credit, Inc., P.O. Box 26314, Lehigh Valley, PA 18002-6314 |
| 14406375 | ##+ | The Elderkin Law Firm, 150 East Eighth Street, Erie, PA 16501-1271 |

TOTAL: 2 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: 300a | Total Noticed: 71 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| John F. Kroto | on behalf of Creditor Ally john_kroto@pawb.uscourts.gov<br>knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com |
| Mark G. Claypool | on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com<br>knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Michele Marie Field mjanjanin@quinnfirm.com<br>mboni@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Michael S. Jan Janin | on behalf of Debtor Norman Scott Field mjanjanin@quinnfirm.com<br>mboni@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7