**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> NORMAN SCOTT FIELD <br> MICHELE MARIE FIELD <br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:17-10398 TPA <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


June 27, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/19/2017 and confirmed on 6/7/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 104,997.00 |
| Less Refunds to Debtor | 1,809.21 | |
| TOTAL AMOUNT OF PLAN FUND | | 103,187.79 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,965.00 | |
|    Trustee Fee | 4,740.33 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,705.33 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 63,781.25 | 0.00 | 63,781.25 |
|     Acct: 6999 | | | | |
|   M & T BANK | 162.30 | 162.30 | 0.00 | 162.30 |
|     Acct: 6999 | | | | |
|   ALLY BANK(*) | 3,366.84 | 3,366.84 | 0.00 | 3,366.84 |
|     Acct: 8377 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 24,199.71 | 24,199.71 | 2,888.16 | 27,087.87 |
|     Acct: 3903 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8377 | | | | |
| | | | | 94,398.26 |
| **Priority** | | | | |
|   MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NORMAN SCOTT FIELD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NORMAN SCOTT FIELD | 772.00 | 772.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NORMAN SCOTT FIELD | 1,037.21 | 1,037.21 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUINN BUSECK LEEMHUIS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S JAN JANIN ESQ | 2,965.00 | 2,965.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ASSOCIATED CLINICAL LABS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ATT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ATLANTIC CREDIT & FINANCE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6853 | | | | |
|   ATLANTIC CREDIT & FINANCE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | ATLANTIC CREDIT & FINANCE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ATLANTIC CREDIT & FINANCE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3065 | | | | |
| | CAVALRY SPV I LLC* | 2,429.85 | 207.87 | 0.00 | 207.87 |
| | Acct: 0497 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,583.41 | 135.46 | 0.00 | 135.46 |
| | Acct: 8624 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 2,724.99 | 233.12 | 0.00 | 233.12 |
| | Acct: 5708 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAROL FIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3918 | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1450 | | | | |
| | CLEVELAND CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COMMERCIAL ACCEPTANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9733 | | | | |
| | CITIZENS BANK NA(*) | 696.69 | 59.60 | 0.00 | 59.60 |
| | Acct: 6028 | | | | |
| | CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1562 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 999.53 | 85.51 | 0.00 | 85.51 |
| | Acct: 2244 | | | | |
| | DR STEEHLER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ERIE SPINE & PAIN MGMNT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: I000 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 596.29 | 51.01 | 0.00 | 51.01 |
| | Acct: 3079 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 309.13 | 26.45 | 0.00 | 26.45 |
| | Acct: 5288 | | | | |
| | IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0480 | | | | |
| | KATHY PAINTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MERRICK BANK | 1,099.70 | 94.08 | 0.00 | 94.08 |
| | Acct: 8741 | | | | |
| | MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MICHAEL J GRAML ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONWIDE CREDIT LINE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4069 | | | | |
| | NATIONWIDE CREDIT LINE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5125 | | | | |
| | PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3570 | | | | |
| | PLAZA DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PLAZA DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | CAPITAL ONE NA** | 510.08 | 43.64 | 0.00 | 43.64 |
| | Acct: 3618 | | | | |
| | REVENUE GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2042 | | | | |
| | ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0156 | | | | |
| | ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC HAMOT | 375.00 | 32.08 | 0.00 | 32.08 |
| | Acct: 7654 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5019 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 862.32 | 73.77 | 0.00 | 73.77 |
| | Acct: 1102 | | | | |
| | ELDERKIN LAW FIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ERIE FEDERAL CREDIT UNION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5072 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 118.38 | 10.13 | 0.00 | 10.13 |
| | Acct: 1467 | | | | |
| | PENELEC | 367.95 | 31.48 | 0.00 | 31.48 |
| | Acct: 6656 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1102 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LIBERTY MORTGAGE CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | M & T MORTGAGE CORP*/M&T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MORTGAGE ELECTRONIC REGISTRATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAVALRY SPV I LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITIZENS BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ELDERKIN MARTIN KELLY & MESSINA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | APOTHAKER & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DR RAI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GLOBAL CREDIT & COLLECTION CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GREGG L MORRIS ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RBS CITIZENS NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |

17-10398 TPA                                                                      Page 4 of 4

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | 1,084.20 |
| **TOTAL PAID TO CREDITORS** | | | | | **95,482.46** |

TOTAL CLAIMED
PRIORITY          0.00
SECURED      27,728.85
UNSECURED    12,673.32


Date: 06/27/2022                                       /s/ Ronda J. Winnecour

                                                       RONDA J WINNECOUR PA ID #30399
                                                       CHAPTER 13 TRUSTEE WD PA
                                                       600 GRANT STREET
                                                       SUITE 3250 US STEEL TWR
                                                       PITTSBURGH, PA  15219
                                                       (412) 471-5566
                                                       cmecf@chapter13trusteewdpa.com

Case 17-10398-TPA   Doc 61   Filed 06/30/22   Entered 07/01/22 00:28:55   Desc Imaged
Certificate of Notice   Page 5 of 10

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
NORMAN SCOTT FIELD
MICHELE MARIE FIELD
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-10398 TPA

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Norman Scott Field  
Michele Marie Field  
    Debtors

Case No. 17-10398-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4  
Date Rcvd: Jun 28, 2022      Form ID: pdf900      Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman Scott Field, Michele Marie Field, 2027 E. Gore Road, Erie, PA 16510-3893 |
| 14406322 | | Associated Clinical Lab, P.O. Box 64845, Baltimore, MD 21264-4845 |
| 14406324 | + | Atlantic Credit Finance, Inc., c/of Patenaude & Felix A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 14406347 | + | Carol Field, 15 Towne Street, North East, PA 16428-1313 |
| 14406334 | + | CitiBank, N.A./Gordons, c/of Portfolio Recovery Associates LLC, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14406337 | + | Commercial Acceptance Co., 2 West Main Street, Shermanstown, PA 17011-6326 |
| 14406339 | + | Craig A. Markham, Esquire, Elderkin Law Firm, 150 East Eighth Street, Erie, PA 16501-1269 |
| 14406341 | + | David J. Apothaker, Esquire, 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 14406343 | + | Dr. Rai, 2620 Sigsbee Street, Erie, PA 16508-1721 |
| 14406344 | + | Dr. Steeler, 1645 West Eighth Street, Erie, PA 16505-5007 |
| 14406346 | | Erie Spine and Pain Management, 2620 Sigsbee Street, Erie, PA 16508-1721 |
| 14406350 | | Greg L. Morris, Esquire, 213 E. Main Street, Carnegie, PA 15106-2701 |
| 14406353 | + | Kathy Painter, 2153 Claremont Avenue, Pittsburgh, PA 15241-3241 |
| 14406356 | + | Liberty Mortgage Corporation, 3818 Liberty Street, Erie, PA 16509-1473 |
| 14406358 | | M&T Bank Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14406360 | + | Michael J. Graml, Esquire, 714 Sassafras Street, Erie, PA 16501-1010 |
| 14406361 | + | Mike Field, 2027 E. Gore Road, Erie, PA 16510-3893 |
| 14406362 | | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 14406351 | ++ | PATENAUDE AND FELIX APC, 501 CORPORATE DR, SOUTHPOINTE CENTER SUITE 205, CANONSBURG PA 15317-8584 address filed with court:, Greg Morris, Esquire, 213 East Main Street, Carnegie, PA 15106 |
| 14406364 | + | Penelec, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 14684782 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd, Bldg #1, Ste 1-511, Holmdel, NJ 07733-1976 |
| 14406365 | | PennCredit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14406342 | + | Plaza Dental, 702 West 34th Street, Erie, PA 16508-2692 |
| 14406369 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14406376 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 15012, Chandler, AZ 85244-5012 |
| 14406377 | + | UPMC Hamot, P.O. Box 382059, Pittsburgh, PA 15250-0001 |
| 14683816 | | UPMC Hamot, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:08:00 | Ally Bank serviced by Ally Servicing LLC, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14406323 | + | Email/Text: g20956@att.com | Jun 29 2022 00:09:00 | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14406321 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:08:00 | Ally Bank, P.O. Box 380901, Bloomington, MN 55438-0901 |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 71 |

| Recip ID | Email | Date/Time | Recipient |
|---|---|---|---|
| 14409312 | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:08:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14406335 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2022 00:08:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915-3019 |
| 14407875 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2022 00:08:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14406367 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2022 00:08:00 | RBS Citizens N.A., 1000 Lafayette Blvd., Bridgeport, CT 06604 |
| 14406325 | + Email/Text: bankruptcy@cavps.com | Jun 29 2022 00:09:00 | Calvary SPV I, LLC, Assignee of CitiBank, N.A., 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14406326 | Email/Text: cms-bk@cms-collect.com | Jun 29 2022 00:09:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14406327 | Email/Text: cms-bk@cms-collect.com | Jun 29 2022 00:09:00 | Capital Management Services LP, P.O. Box 120, Buffalo, NY 14220-0120 |
| 14406329 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:07:59 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14406330 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:07:59 | Capital One Bank (USA), N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14406328 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:07:59 | Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14676928 | Email/PDF: bncnotices@becket-lee.com | Jun 29 2022 00:08:07 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14406331 | + Email/Text: bankruptcy@cavps.com | Jun 29 2022 00:09:00 | Cavalry SPV I, as Assignee of CitiBank, N.A., 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14406332 | + Email/Text: bankruptcy@cavps.com | Jun 29 2022 00:09:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14406336 | Email/Text: bnc-capio@quantum3group.com | Jun 29 2022 00:09:00 | Cleveland Clinic, P.O. Box 89410, Cleveland, OH 44101-6410 |
| 14406338 | + Email/Text: convergent@ebn.phinsolutions.com | Jun 29 2022 00:09:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 14406340 | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2022 00:08:16 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14406345 | Email/Text: kthomas@eriefcu.org | Jun 29 2022 00:09:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1898 |
| 14406348 | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 29 2022 00:08:17 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14406352 | + Email/Text: Bankruptcy@ICSystem.com | Jun 29 2022 00:09:00 | I.C. Systems, Inc., P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14406333 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 00:07:42 | Chase Bank USA NA, Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 14406354 | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:08:00 | Kohl's, Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14406355 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:08:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14654809 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 00:08:07 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14406357 | Email/Text: camanagement@mtb.com | Jun 29 2022 00:09:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14521255 | | Email/Text: camanagement@mtb.com | Jun 29 2022 00:09:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14649526 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 29 2022 00:08:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14406359 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 29 2022 00:07:41 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14684763 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:07:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14407202 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2022 00:07:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681002 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 29 2022 00:09:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14406366 | | Email/Text: clientrelations@optiosolutions.com | Jun 29 2022 00:08:00 | Qualia Collection Services, P.O. Box 4699, Petaluma, CA 94955 |
| 14648200 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14406368 | | Email/Text: bk@revenuegroup.com | Jun 29 2022 00:09:00 | Revenue Group, 4780 Hinckley Industrial Parkway, Suite 200, Cleveland, OH 44109 |
| 14406372 | | Email/Text: amieg@stcol.com | Jun 29 2022 00:08:00 | State Collection Service, Inc., 2509 S. Soughton Road, Madison, WI 53716 |
| 14406371 | | Email/Text: amieg@stcol.com | Jun 29 2022 00:08:00 | State Collection Service, Inc., P.O. Box 6250, Madison, WI 53716-0250 |
| 14406373 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:07:42 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14406374 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:13 | Synchrony Bank/CareCredit, ATTENTION: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 14677322 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 29 2022 00:08:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14644576 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 00:07:50 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14406379 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 29 2022 00:08:00 | Verizon, 500 Technology Drive, Suite 30, Weldon Springs, MO 63304-2225 |
| 14406378 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 29 2022 00:08:00 | Verizon, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally |
| cr | | M&T BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14406349 | ##+ | Global Credit Collection Corp., P.O. Box 2127, Schiller Park, IL 60176-0127 |
| 14406363 | ## | Nationwide Credit, Inc., P.O. Box 26314, Lehigh Valley, PA 18002-6314 |
| 14406375 | ##+ | The Elderkin Law Firm, 150 East Eighth Street, Erie, PA 16501-1271 |

TOTAL: 2 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| John F. Kroto | on behalf of Creditor Ally john_kroto@pawb.uscourts.gov knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com |
| Mark G. Claypool | on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Michele Marie Field mjanjanin@quinnfirm.com mboni@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Michael S. Jan Janin | on behalf of Debtor Norman Scott Field mjanjanin@quinnfirm.com mboni@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7