UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 17-10398 TPA |
| NORMAN SCOTT FIELD AND MICHELE MARIE FIELD, HIS WIFE, | : |
| | : THE HONORABLE THOMAS P. AGRESTI |
|     Debtors. | : |
| | : CHAPTER 13 |
| NORMAN SCOTT FIELD AND MICHELE MARIE FIELD, HIS WIFE, | : |
| | : |
|     Movants, | : |
| | : |
|     v. | : |

NO RESPONDENT.

## **CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

    Attached hereto is Official Form 423, Certification About a Financial Management Course.

                                          Respectfully submitted,

                                          THE QUINN LAW FIRM

                                          BY:    /s/ Michael S. Jan Janin
                                                            Michael S. Jan Janin, Esquire
                                                            PA Id. No. 38880
                                                            2222 West Grandview Boulevard
                                                            Erie, Pennsylvania 16506-4508
                                                            Telephone: 814-833-2222
                                                           Facsimile: 814-833-6753
                                                           E-Mail Address: mjanjanin@quinnfirm.com
                                                           Counsel for Debtor(s)

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Norman Scott Field** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Michele Marie Field** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number **17-10398 TPA**
(if known)

# Official Form 423
## Certification About a Financial Management Course    12/15

**If you are an individual, you must take an approved course about personal financial management if:**
- **you filed for bankruptcy under chapter 7 or 13, or**
- **you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.**

**In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).**

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. I the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.**

### Part 1: Tell the Court About the Required Course.

*You must check one:*

☒ **I completed an approved course in personal financial management:**

| | |
|---|---|
| Date I took the course | **July 16, 2022** |
| Name of approved provider | **Advantage Credit Counseling Service, Inc.** |
| Certificate Number | **01721-PAW-DE-036690692** |

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one):*

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

☐ **Residence.**  I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

| X  /s/ Norman Scott Field | Norman Scott Field | Date  **7/22/2022** |
|---|---|---|
| Signature of debtor named on certificate | Printed name of debtor | |

#1543618

Official Form 423    **Certification About a Financial Management Course**

Certificate Number: 01721-PAW-DE-036690692

Bankruptcy Case Number: 17-10398



01721-PAW-DE-036690692

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2022, at 5:10 o'clock PM EDT, Norman Field completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: July 18, 2022

By: /s/Sarah Chechak

Name: Sarah Chechak

Title: Counseling