IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | :: |
| | :: BANKRUPTCY NO. 17-10398 TPA |
| NORMAN SCOTT FIELD AND MICHELE MARIE FIELD, HIS WIFE, | :: |
| | :: THE HONORABLE THOMAS P. AGRESTI |
| Debtors | :: |
| | : CHAPTER 13 |
| NORMAN SCOTT FIELD, | |
| Movant, | DATE AND TIME OF HEARING: |
| | WEDNESDAY, SEPTEMBER 14, 2022 at 9:30 AM |
| v. | |
| | RESPONSES DUE: |
| NO RESPONDENT | AUGUST 11, 2022 |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE
REGARDING MOTION TO EXCUSE MICHELE MARIE FIELD FROM TAKING THE
DEBTOR EDUCATION CLASS and FILING CERTIFICATE OF DISCHARGE ELIGIBILITY
DUE TO DEATH**

TO THE RESPONDENT(S):

*You are hereby notified that the above Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant, a written response to the Application no later than **August 11, 2022**, *[seventeen (17) calendar days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A *Zoom Video Conference Hearing* will be held on **September 14, 2022,** at **9:30** a.m. before Judge Thomas P. Agresti via the *Zoom Video Conference Application ("Zoom").* To participate in and join a Zoom Hearing, please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Attorney Courtney Neer, at (814)464-9781. *All attorneys and Parties may only appear by Zoom* and must comply with Judge Agresti's *Amended Notice of Temporary Modification of Appearance Procedures,* dated and effective June 10, 2020, which can be found on the Court's Website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

| | |
|---|---|
| Date of service: July 25, 2022 | Respectfully submitted, |
| | THE QUINN LAW FIRM |
| | BY:   /s/ Michael S. Jan Janin |
| | Michael S. JanJanin, Esquire |
| | PA Id. No. 38880 |
| | The Quinn Law Firm |
| | 2222 West Grandview Boulevard |
| | Erie, Pennsylvania 16506-4508 |
| | Telephone: 814-833-2222 |
| | Facsimile: 814-833-6753 |
| | E-Mail: mjanjanin@quinnfirm.com |
| | Counsel for Debtors |

1544020