IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-10398 TPA |
| | : | |
| NORMAN SCOTT FIELD AND MICHELE MARIE FIELD, HIS WIFE, | : | THE HON. THOMAS P. AGRESTI |
| Debtors. | : | CHAPTER 13 |
| | : | |
| NORMAN SCOTT FIELD, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

    __X__  The Debtors are not required to pay any Domestic Support Obligations.

    ____  The Debtors are required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor(s) ineligible for a discharge.

4. On July 22, 2022, at Docket No. 62, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*):

__X__    Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

____    Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated:  7/25/2022                    By:   /s/ Norman Scott Field
                                                    Debtor, Norman Scott Field

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.

Dated: 7/25/2022            BY:    /s/ Michael S. Jan Janin
                                           Michael S. Jan Janin, Esquire
                                           PA Id. No. 38880
                                           2222 West Grandview Boulevard
                                           Erie, Pennsylvania 16506-4508
                                           Telephone: 814-833-2222, Ext. 1045
                                           Telephone: 814-314-1051 (Direct)
                                           Facsimile: 814-833-6753
                                           E-Mail Address: mjanjanin@quinnfirm.com
                                           Counsel for Debtors, Norman Scott Field and Michele Marie Field

#1543623