IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    :
                                                          : BANKRUPTCY NO.  17-10398 TPA
NORMAN SCOTT FIELD AND MICHELE        :
MARIE FIELD, HIS WIFE,                             : THE HONORABLE THOMAS P. AGRESTI
        Debtors                                          :
                                                          : CHAPTER 13
NORMAN SCOTT FIELD,                            :
        Movant,                                          : DATE AND TIME OF HEARING:
                                                          : WEDNESDAY, SEPTEMBER 14, 2022
        v.                                                  : at 9:30 AM
                                                          :
NO RESPONDENT                                    : RESPONSES DUE:
                                                          : AUGUST 11, 2022

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO EXCUSE MICHELE MARIE FIELD FROM TAKING
DEBTOR EDUCATION CLASS AND FILING CERTIFICATE OF DISCHARGE ELIGIBLITY
(Document No. 63)**

        The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Excuse Michele Marie Field from Taking Debtor Education Class and Filing Certificate of Discharge Eligibility Due to Death filed July 25, 2022 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing with Response Deadline, objections to the Motion were to be filed and served no later than August 11, 2022.

        It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  August 12, 2022

                                        Respectfully submitted,

                                        QUINN, BUSECK, LEEMHUIS, TOOHEY &
                                        KROTO, INC.

                                        BY:    /s/ Michael S. Jan Janin
                                                Michael S. Jan Janin, Esquire
                                                PA Id. No. 38880
                                                The Quinn Law Firm
                                                2222 West Grandview Boulevard
                                                Erie, Pennsylvania 16506-4508
                                                Telephone: 814-833-2222
                                                Facsimile: 814-833-6753
                                                E-Mail: mjanjanin@quinnfirm.com
                                                Counsel for Debtors

#1544023