FILED
8/15/22 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 17-10398 TPA |
| NORMAN SCOTT FIELD AND MICHELE MARIE FIELD, HIS WIFE, | : |
| | : THE HONORABLE THOMAS P. AGRESTI |
| Debtors | : |
| | : CHAPTER 13 |
| NORMAN SCOTT FIELD, | : |
| Movant, | : RELATED TO DOCUMENT NO. 63 |
| | : |
| v. | : |
| | : |
| NO RESPONDENT | : |
| | : |

**ORDER**

AND NOW, to-wit this __15th__ day of __August__, 2022, upon consideration of the Motion to Excuse Michele Marie Field from taking the Debtor Education Class filing the Certificate of Discharge Eligibility Due to Death filed by the Debtor, Norman Scott Field, and it further appearing that no hearing is necessary on said Motion, and it further appearing that the Debtor, Michele Marie Field, died on August 5, 2019, prior to taking the Debtor Education Class and filing the Certificate of Discharge Eligibility, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED.

The Bankruptcy Clerk shall process the Chapter 13 Discharge for the Debtor, Norman Scott Field.

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

1543982

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10398-TPA |
| Norman Scott Field | Chapter 13 |
| Michele Marie Field | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: auto            Page 1 of 2
Date Rcvd: Aug 15, 2022            Form ID: pdf900            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Norman Scott Field, 2027 E. Gore Road, Erie, PA 16510-3893 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2022            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| John F. Kroto | on behalf of Creditor Ally john_kroto@pawb.uscourts.gov knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com |
| Mark G. Claypool | on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Michele Marie Field mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Michael S. Jan Janin | |

on behalf of Debtor Norman Scott Field mjanjanin@quinnfirm.com
slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7