| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Norman Scott Field<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4885<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Michele Marie Field<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7654<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17–10398–TPA | | |

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Norman Scott Field                    Michele Marie Field

<u>8/26/22</u>                        **By the court:** <u>Thomas P. Agresti</u>
                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W               **Chapter 13 Discharge**               page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Norman Scott Field  
Michele Marie Field  
    Debtors

Case No. 17-10398-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4  
Date Rcvd: Aug 26, 2022     Form ID: 3180W     Total Noticed: 73

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman Scott Field, Michele Marie Field, 2027 E. Gore Road, Erie, PA 16510-3893 |
| 14406322 | | Associated Clinical Lab, P.O. Box 64845, Baltimore, MD 21264-4845 |
| 14406324 | + | Atlantic Credit Finance, Inc., c/of Patenaude & Felix A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 14406347 | + | Carol Field, 15 Towne Street, North East, PA 16428-1313 |
| 14406334 | + | CitiBank, N.A./Gordons, c/of Portfolio Recovery Associates LLC, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14406337 | + | Commercial Acceptance Co., 2 West Main Street, Shermanstown, PA 17011-6326 |
| 14406339 | + | Craig A. Markham, Esquire, Elderkin Law Firm, 150 East Eighth Street, Erie, PA 16501-1269 |
| 14406341 | + | David J. Apothaker, Esquire, 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 14406343 | + | Dr. Rai, 2620 Sigsbee Street, Erie, PA 16508-1721 |
| 14406344 | + | Dr. Steeler, 1645 West Eighth Street, Erie, PA 16505-5007 |
| 14406346 | | Erie Spine and Pain Management, 2620 Sigsbee Street, Erie, PA 16508-1721 |
| 14406350 | | Greg L. Morris, Esquire, 213 E. Main Street, Carnegie, PA 15106-2701 |
| 14406352 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, I.C. Systems, Inc., P.O. Box 64378, St. Paul, MN 55164 |
| 14406353 | + | Kathy Painter, 2153 Claremont Avenue, Pittsburgh, PA 15241-3241 |
| 14406356 | + | Liberty Mortgage Corporation, 3818 Liberty Street, Erie, PA 16509-1473 |
| 14406358 | | M&T Bank Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14406360 | + | Michael J. Graml, Esquire, 714 Sassafras Street, Erie, PA 16501-1010 |
| 14406361 | + | Mike Field, 2027 E. Gore Road, Erie, PA 16510-3893 |
| 14406362 | | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 14406351 | ++ | PATENAUDE AND FELIX APC, 501 CORPORATE DR, SOUTHPOINTE CENTER SUITE 205, CANONSBURG PA 15317-8584 address filed with court:, Greg Morris, Esquire, 213 East Main Street, Carnegie, PA 15106 |
| 14406364 | + | Penelec, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 14684782 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd, Bldg #1, Ste 1-511, Holmdel, NJ 07733-1976 |
| 14406365 | | PennCredit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14406342 | + | Plaza Dental, 702 West 34th Street, Erie, PA 16508-2692 |
| 14406369 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14406376 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 15012, Chandler, AZ 85244-5012 |
| 14406377 | + | UPMC Hamot, P.O. Box 382059, Pittsburgh, PA 15250-0001 |
| 14683816 | | UPMC Hamot, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Aug 27 2022 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 26 2022 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA |

Case 17-10398-TPA   Doc 71   Filed 08/28/22   Entered 08/29/22 00:25:28   Desc Imaged
                        Certificate of Notice      Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 26, 2022 | Form ID: 3180W | Total Noticed: 73 |

| Recip | Method | Date/Time | Address |
| --- | --- | --- | --- |
| smg | EDI: PENNDEPTREV | Aug 27 2022 03:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 26 2022 23:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: GMACFS.COM | Aug 27 2022 03:58:00 | Ally Bank serviced by Ally Servicing LLC, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14406323 | + EDI: CINGMIDLAND.COM | Aug 27 2022 03:58:00 | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14406321 | + EDI: GMACFS.COM | Aug 27 2022 03:58:00 | Ally Bank, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14409312 | EDI: GMACFS.COM | Aug 27 2022 03:58:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14406335 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 26 2022 23:56:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915-3019 |
| 14407875 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 26 2022 23:56:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14406367 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 26 2022 23:56:00 | RBS Citizens N.A., 1000 Lafayette Blvd., Bridgeport, CT 06604 |
| 14406325 | + Email/Text: bankruptcy@cavps.com | Aug 26 2022 23:56:00 | Calvary SPV I, LLC, Assignee of CitiBank, N.A., 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14406326 | Email/Text: cms-bk@cms-collect.com | Aug 26 2022 23:56:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14406327 | Email/Text: cms-bk@cms-collect.com | Aug 26 2022 23:56:00 | Capital Management Services LP, P.O. Box 120, Buffalo, NY 14220-0120 |
| 14406329 | EDI: CAPITALONE.COM | Aug 27 2022 03:58:00 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14406330 | + EDI: CAPITALONE.COM | Aug 27 2022 03:58:00 | Capital One Bank (USA), N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14406328 | + EDI: CAPITALONE.COM | Aug 27 2022 03:58:00 | Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14676928 | Email/PDF: bncnotices@becket-lee.com | Aug 27 2022 00:00:44 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14406331 | + Email/Text: bankruptcy@cavps.com | Aug 26 2022 23:56:00 | Cavalry SPV I, as Assignee of CitiBank, N.A., 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14406332 | + Email/Text: bankruptcy@cavps.com | Aug 26 2022 23:56:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14406336 | EDI: CAPIO.COM | Aug 27 2022 03:58:00 | Cleveland Clinic, P.O. Box 89410, Cleveland, OH 44101-6410 |
| 14406338 | + EDI: CONVERGENT.COM | Aug 27 2022 03:58:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 14406340 | Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2022 00:00:32 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14406345 | Email/Text: kthomas@eriefcu.org | Aug 26 2022 23:56:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1898 |
| 14406348 | EDI: AMINFOFP.COM | Aug 27 2022 03:58:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |

Case 17-10398-TPA  Doc 71  Filed 08/28/22  Entered 08/29/22 00:25:28  Desc Imaged
Certificate of Notice  Page 5 of 6

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2022 | Form ID: 3180W | Total Noticed: 73 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14406352 | | EDI: LCIICSYSTEM | Aug 27 2022 03:58:00 | I.C. Systems, Inc., P.O. Box 64378, St. Paul, MN 55164 |
| 14406333 | | EDI: JPMORGANCHASE | Aug 27 2022 03:58:00 | Chase Bank USA NA, Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 14406354 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 26 2022 23:56:00 | Kohl's, Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14406355 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 26 2022 23:56:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14654809 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2022 00:00:45 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14406357 | | Email/Text: camanagement@mtb.com | Aug 26 2022 23:56:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 14521255 | | Email/Text: camanagement@mtb.com | Aug 26 2022 23:56:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14649526 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2022 00:00:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14406359 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2022 00:00:35 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14684763 | | EDI: PRA.COM | Aug 27 2022 03:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14407202 | + | EDI: RECOVERYCORP.COM | Aug 27 2022 03:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681002 | + | EDI: JEFFERSONCAP.COM | Aug 27 2022 03:58:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14406366 | | Email/Text: clientrelations@optiosolutions.com | Aug 26 2022 23:56:00 | Qualia Collection Services, P.O. Box 4699, Petaluma, CA 94955 |
| 14648200 | | EDI: Q3G.COM | Aug 27 2022 03:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14406368 | | Email/Text: bk@revenuegroup.com | Aug 26 2022 23:57:00 | Revenue Group, 4780 Hinckley Industrial Parkway, Suite 200, Cleveland, OH 44109 |
| 14406372 | | Email/Text: amieg@stcol.com | Aug 26 2022 23:56:00 | State Collection Service, Inc., 2509 S. Soughton Road, Madison, WI 53716 |
| 14406371 | | Email/Text: amieg@stcol.com | Aug 26 2022 23:56:00 | State Collection Service, Inc., P.O. Box 6250, Madison, WI 53716-0250 |
| 14406373 | | EDI: RMSC.COM | Aug 27 2022 03:58:00 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14406374 | + | EDI: RMSC.COM | Aug 27 2022 03:58:00 | Synchrony Bank/CareCredit, ATTENTION: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 14677322 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 26 2022 23:56:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14644576 | + | EDI: AIS.COM | Aug 27 2022 03:58:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14406379 | + | EDI: VERIZONCOMB.COM | Aug 27 2022 03:58:00 | Verizon, 500 Technology Drive, Suite 30, Weldon Springs, MO 63304-2225 |
| 14406378 | + | EDI: VERIZONCOMB.COM | Aug 27 2022 03:58:00 | Verizon, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2022 | Form ID: 3180W | Total Noticed: 73 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally |
| cr | | M&T BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14406349 | ##+ | Global Credit Collection Corp., P.O. Box 2127, Schiller Park, IL 60176-0127 |
| 14406363 | ## | Nationwide Credit, Inc., P.O. Box 26314, Lehigh Valley, PA 18002-6314 |
| 14406375 | ##+ | The Elderkin Law Firm, 150 East Eighth Street, Erie, PA 16501-1271 |

TOTAL: 2 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2022                         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com

John F. Kroto
    on behalf of Creditor Ally john_kroto@pawb.uscourts.gov
    knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com

Mark G. Claypool
    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com
    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael S. Jan Janin
    on behalf of Joint Debtor Michele Marie Field mjanjanin@quinnfirm.com
    slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael S. Jan Janin
    on behalf of Debtor Norman Scott Field mjanjanin@quinnfirm.com
    slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7