**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/26/22 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
NORMAN SCOTT FIELD
MICHELE MARIE FIELD
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-10398 TPA

Chapter 13

Document No.: 58

### ORDER OF COURT

AND NOW, this \_\_\_26th\_\_\_ day of \_\_\_August\_\_\_, 20 22 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10398-TPA |
| Norman Scott Field | Chapter 13 |
| Michele Marie Field | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 26, 2022 | Form ID: pdf900 | Total Noticed: 71 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman Scott Field, Michele Marie Field, 2027 E. Gore Road, Erie, PA 16510-3893 |
| 14406322 | | Associated Clinical Lab, P.O. Box 64845, Baltimore, MD 21264-4845 |
| 14406324 | + | Atlantic Credit Finance, Inc., c/of Patenaude & Felix A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 14406347 | + | Carol Field, 15 Towne Street, North East, PA 16428-1313 |
| 14406334 | + | CitiBank, N.A./Gordons, c/of Portfolio Recovery Associates LLC, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14406337 | + | Commercial Acceptance Co., 2 West Main Street, Shermanstown, PA 17011-6326 |
| 14406339 | + | Craig A. Markham, Esquire, Elderkin Law Firm, 150 East Eighth Street, Erie, PA 16501-1269 |
| 14406341 | + | David J. Apothaker, Esquire, 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 14406343 | + | Dr. Rai, 2620 Sigsbee Street, Erie, PA 16508-1721 |
| 14406344 | + | Dr. Steeler, 1645 West Eighth Street, Erie, PA 16505-5007 |
| 14406346 | | Erie Spine and Pain Management, 2620 Sigsbee Street, Erie, PA 16508-1721 |
| 14406350 | | Greg L. Morris, Esquire, 213 E. Main Street, Carnegie, PA 15106-2701 |
| 14406352 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, I.C. Systems, Inc., P.O. Box 64378, St. Paul, MN 55164 |
| 14406353 | + | Kathy Painter, 2153 Claremont Avenue, Pittsburgh, PA 15241-3241 |
| 14406356 | + | Liberty Mortgage Corporation, 3818 Liberty Street, Erie, PA 16509-1473 |
| 14406358 | | M&T Bank Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14406360 | + | Michael J. Graml, Esquire, 714 Sassafras Street, Erie, PA 16501-1010 |
| 14406361 | + | Mike Field, 2027 E. Gore Road, Erie, PA 16510-3893 |
| 14406362 | | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 14406351 | ++ | PATENAUDE AND FELIX APC, 501 CORPORATE DR, SOUTHPOINTE CENTER SUITE 205, CANONSBURG PA 15317-8584 address filed with court:, Greg Morris, Esquire, 213 East Main Street, Carnegie, PA 15106 |
| 14406364 | + | Penelec, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 14684782 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd, Bldg #1, Ste 1-511, Holmdel, NJ 07733-1976 |
| 14406365 | | PennCredit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14406342 | + | Plaza Dental, 702 West 34th Street, Erie, PA 16508-2692 |
| 14406369 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14406376 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 15012, Chandler, AZ 85244-5012 |
| 14406377 | + | UPMC Hamot, P.O. Box 382059, Pittsburgh, PA 15250-0001 |
| 14683816 | | UPMC Hamot, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Aug 26 2022 23:56:00 | Ally Bank serviced by Ally Servicing LLC, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14406323 | | + Email/Text: g20956@att.com | Aug 26 2022 23:57:00 | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14406321 | | + Email/Text: ally@ebn.phinsolutions.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2022 | Form ID: pdf900 | Total Noticed: 71 |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| 14409312 | Email/Text: ally@ebn.phinsolutions.com | Aug 26 2022 23:56:00 | Ally Bank, P.O. Box 380901, Bloomington, MN 55438-0901 |
| | | Aug 26 2022 23:56:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14406335 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 26 2022 23:56:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915-3019 |
| 14407875 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 26 2022 23:56:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14406367 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 26 2022 23:56:00 | RBS Citizens N.A., 1000 Lafayette Blvd., Bridgeport, CT 06604 |
| 14406325 | + Email/Text: bankruptcy@cavps.com | Aug 26 2022 23:56:00 | Calvary SPV I, LLC, Assignee of CitiBank, N.A., 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14406326 | Email/Text: cms-bk@cms-collect.com | Aug 26 2022 23:56:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14406327 | Email/Text: cms-bk@cms-collect.com | Aug 26 2022 23:56:00 | Capital Management Services LP, P.O. Box 120, Buffalo, NY 14220-0120 |
| 14406329 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2022 00:00:30 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14406330 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2022 00:00:30 | Capital One Bank (USA), N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14406328 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2022 00:00:30 | Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14676928 | Email/PDF: bncnotices@becket-lee.com | Aug 27 2022 00:00:44 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14406331 | + Email/Text: bankruptcy@cavps.com | Aug 26 2022 23:56:00 | Cavalry SPV I, as Assignee of CitiBank, N.A., 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14406332 | + Email/Text: bankruptcy@cavps.com | Aug 26 2022 23:56:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14406336 | Email/Text: bnc-capio@quantum3group.com | Aug 26 2022 23:56:00 | Cleveland Clinic, P.O. Box 89410, Cleveland, OH 44101-6410 |
| 14406338 | + Email/Text: convergent@ebn.phinsolutions.com | Aug 26 2022 23:57:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 14406340 | Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2022 00:00:38 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14406345 | Email/Text: kthomas@eriefcu.org | Aug 26 2022 23:56:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1898 |
| 14406348 | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 27 2022 00:00:31 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14406352 | Email/Text: Bankruptcy@ICSystem.com | Aug 26 2022 23:56:00 | I.C. Systems, Inc., P.O. Box 64378, St. Paul, MN 55164 |
| 14406333 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2022 00:00:29 | Chase Bank USA NA, Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 14406354 | Email/Text: PBNCNotifications@peritusservices.com | Aug 26 2022 23:56:00 | Kohl's, Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14406355 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 26 2022 23:56:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14654809 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2022 00:00:40 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 17-10398-TPA   Doc 72   Filed 08/28/22   Entered 08/29/22 00:25:28   Desc Imaged
                              Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2022 | Form ID: pdf900 | Total Noticed: 71 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14406357 | | Email/Text: camanagement@mtb.com | Aug 26 2022 23:56:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 14521255 | | Email/Text: camanagement@mtb.com | Aug 26 2022 23:56:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14649526 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2022 00:00:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14406359 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2022 00:00:31 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14684763 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2022 00:00:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14407202 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 27 2022 00:00:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681002 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 26 2022 23:56:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14406366 | | Email/Text: clientrelations@optiosolutions.com | Aug 26 2022 23:56:00 | Qualia Collection Services, P.O. Box 4699, Petaluma, CA 94955 |
| 14648200 | | Email/Text: bnc-quantum@quantum3group.com | Aug 26 2022 23:56:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14406368 | | Email/Text: bk@revenuegroup.com | Aug 26 2022 23:57:00 | Revenue Group, 4780 Hinckley Industrial Parkway, Suite 200, Cleveland, OH 44109 |
| 14406372 | | Email/Text: amieg@stcol.com | Aug 26 2022 23:56:00 | State Collection Service, Inc., 2509 S. Soughton Road, Madison, WI 53716 |
| 14406371 | | Email/Text: amieg@stcol.com | Aug 26 2022 23:56:00 | State Collection Service, Inc., P.O. Box 6250, Madison, WI 53716-0250 |
| 14406373 | | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2022 00:00:42 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14406374 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2022 00:00:37 | Synchrony Bank/CareCredit, ATTENTION: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 14677322 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 26 2022 23:56:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14644576 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2022 00:00:44 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14406379 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 26 2022 23:56:00 | Verizon, 500 Technology Drive, Suite 30, Weldon Springs, MO 63304-2225 |
| 14406378 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 26 2022 23:56:00 | Verizon, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally |
| cr | | M&T BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14406349 | ##+ | Global Credit Collection Corp., P.O. Box 2127, Schiller Park, IL 60176-0127 |
| 14406363 | ## | Nationwide Credit, Inc., P.O. Box 26314, Lehigh Valley, PA 18002-6314 |
| 14406375 | ##+ | The Elderkin Law Firm, 150 East Eighth Street, Erie, PA 16501-1271 |

TOTAL: 2 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2022                    Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| John F. Kroto | on behalf of Creditor Ally john_kroto@pawb.uscourts.gov knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com |
| Mark G. Claypool | on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Michele Marie Field mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Michael S. Jan Janin | on behalf of Debtor Norman Scott Field mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7